

FILED IN COURT OF APPEALS
12th Court of Appeals District

AUG 28 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

FILE COPY

RE: Case No. 15-0529          DATE: 8/26/2015
COA #: 12-13-00379-CV     TC#: 12-2467-C/B
STYLE: MARTHA N. HILL AND GARY HILL
   v. WINNON EARL SWORD

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX   75702